UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/01/10

AIMEE PONTRELLI,

Civil Action No. 10 CIV 03961
Judge Deborah A. Batts

Plaintiff,

STIPULATION

-against -

MECHANICAL TECHNOLOGIES, LLC,
CHRISTOPHER PANZA, RICHARD
FEMBLEAUX and LAWRENCE BOVICH,

Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned attorneys, as follows:

1. Defendants, by their undersigned attorneys, accept delivery of the Summons and Complaint on behalf of Defendants Mechanical Technologies, Christopher Panza, Richard Fembleaux and Lawrence Bovich (Defendants), but specifically reserve their rights as to all defenses other than the manner and method of service of the Summons and Complaint, including, without limitation, defenses based upon Plaintiff's choice of venue, personal jurisdiction and subject matter jurisdiction.

2. The time within which Defendants may move, answer or otherwise respond to the Summons and Complaint in this action shall extend to July 30, 2010. There has been no previous request for an extension.

Dated: New York, New York
June 22, 2010

GLASS KRAKOWER LLP                    WOODS & LONERGAN LLP

By: _____              By: _____
Todd J. Krakower (TK 4568)          Lawrence R. Lonergan (LL 4744)
20 Broadway, Suite 1                292 Madison Avenue, 22nd Flr.
Valhalla, New York 10595            New York , NY 10017
Email: tk@glasskrakower.com         Email: llonergan@woodslonergan.com
Phone: (914) 831-1386               Phone: (212) 684-2500
Fax: (914) 845-2219                 Fax: (212) 684-2512
*Counsel for Plaintiff*             *Counsel for Defendants*

So Ordered: _____

~Deborah A. Batts~

Hon. Deborah A. Batts
United States District Judge   July 1, 2010