```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AIMEE PONTRELLI

                   Plaintiff,

         -against-

MECHANICAL TECHNOLOGIES, LLC,
CHRISTOPHER PANZA, RICHARD
FEMBLEAUX, and LAWRENCE BOVICH

                  Defendants.
------------------------------------------------------------x

CIVIL ACTION

Index No.: 10 CV 03961 (DAB)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and defendants that this action be, and it hereby is, dismissed with prejudice. Each side shall bear its own costs, disbursements and attorneys' fees associated with the prosecution and/or defense of this action.

Dated: September 2, 2011

_____
Todd Krakower (TK-4568)

GLASS KRAKOWER LLP
20 Broadway, Suite 1
Valhalla, NY 10595
(914) 831-1386
tk@glasskrakower.com
Attorney for Plaintiff

Dated: September 2, 2011

_____
Lawrence Lonergan (LL-4744)

WOODS LONERGAN LLP
292 Madison Avenue, 22nd Floor
New York, NY 10017
(212) 684-2500 ext. 306
llonergan@wlesq.com
Attorneys for Defendant

SO ORDERED:

_____
Hon. Deborah A. Batts
United States District Judge

October 11, 2011
Date